1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, California 95814-2322
   Telephone:  (916) 554-2760
5
   Attorneys for Petitioners
6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,              Case No. 2:10-mc-00081-JAM-KJN
   LESLIE FOUCHE MUNOZ, Revenue
11 Officer, Internal Revenue Service,     **PETITIONERS' CONSENSUAL
                                          REQUEST FOR CONTINUANCE**
12             Petitioners,
                                          Taxpayer: YOUNES USUFY
13       v.
                                          Date: Thursday, December 2, 2010
14 YOUNES USUFY,                          Time: 10:00 a.m.
                                          Ctrm: #25 (8th Floor, Honorable
15             Respondent.                Kendall J. Newman)

16

17

18       Petitioners, the UNITED STATES OF AMERICA and Revenue Officer LESLIE

19 FOUCHE MUNOZ, hereby request that Judge Newman continue the Show Cause

20 Hearing Re: Tax Summons Enforcement currently scheduled for Thursday, November 4,

21 2010, to Thursday, December 2, 2010, at 10:00 a.m.  The continuance is requested

22 because counsel for petitioners has a conflicting, preexisting family medical obligation

23 that makes him unavailable for most of the month of November.  As the within Counsel

24 Declaration shows, respondent Usufy has consented to this continuance but, despite

25 promises, has not signed a continuance stipulation.  Except for the *sua sponte* continuance

26 to November 4, 2010, this is the first time that a continuance of this hearing has been

27 requested or granted.

28 ///

Dated: October 29, 2010                         BENJAMIN B. WAGNER
                                                United States Attorney

                                        By:     */s/ Y Himel*
                                                YOSHINORI H. T. HIMEL
                                                Assistant U. S. Attorney

<u>COUNSEL DECLARATION</u>

YOSHINORI H. T. HIMEL, under 28 U.S.C. § 1746(2), declares as follows:

1. I am an Assistant United States Attorney assigned the captioned case.

2. For months, my spouse has had surgery scheduled for November 1, 2010. During her convalescence, I will be assisting her at home. I expect to be at home on leave to help her for the week of November 1, most of the remainder of November, and possibly afterward.

3. On August 11, 2010, Mary Ann Rackley of this office, who acts under my supervision, ascertained from Judge Newman's information on the Court's website that October 28, 2010, was an open hearing date for the summons enforcement show-cause hearing in this case. That hearing accordingly was set for that date by Order to Show Cause submitted August 17, 2010 and approved August 23, 2010.

4. By minute order filed August 25, 2010, the Court *sua sponte* reset the hearing for November 4, 2010, which is during my spouse's first week of convalescence.

5. Because the *sua sponte* continuance caused a need for a further continuance, I contacted respondent by telephone on September 14, 2010, and asked for his consent to a further continuance to December 2, 2010. In that conversation, I understood him to agree to the requested continuance.

6. In accordance with respondent's agreement, a stipulation was prepared and mailed to him on September 21, 2010. This mailing included a self-addressed, pre-paid envelope for the respondent to return the signed stipulation. A copy of the letter and stipulation is attached hereto as Exhibit A.

7. The signed stipulation was not received, so on October 5, 2010, Ms. Rackley spoke with respondent regarding the missing signed stipulation. Respondent confirmed to

1  Ms. Rackley that he agreed to the continuance, and he promised her that the signed

2  stipulation would be placed in the mail within a day.

3      8. As of this writing, the stipulation has not been received.

4      I declare under penalty of perjury that the foregoing is true and correct.  Executed

5  on October 29, 2010.

6                               */s/ Y Himel*

                             YOSHINORI H. T. HIMEL

7

8                    ORDER

9      IT IS HEREBY ORDERED that the Order to Show Cause Hearing is hereby

10  CONTINUED to Thursday, December 2, 2010, at 10:00 a.m. in Courtroom 25.

11  Respondent is to appear on this new date.  The Clerk shall serve this order by mail to

12  Younes Usufy at:  2345 Northrop Avenue, Apt. 205B, Sacramento, California, 95825 **and**

13  at 2496 Pheasant Hollow Drive, West Sacramento, California, 95691.  Respondent is

14  reminded that he is still obligated to comply with the provisions of the court's order to

15  show cause dated August 23, 2010.  (See Dkt. No. 3., setting forth, among other things,

16  respondent's obligation to oppose or stipulate to enforcement of the summons at least

17  fourteen days prior to the December 2, 2010 hearing date).

18  DATED:  November 1, 2010

19

20                                                _____

21                    KENDALL J. NEWMAN

                  UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28